# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  RELOCATION OF         :    NO. 409
MAGISTERIAL DISTRICTS 38-1-03 and  :
38-1-05 AND CONSOLIDATION OF      :    MAGISTERIAL RULES DOCKET
FACILITIES FOR MAGISTERIAL       :
DISTRICTS 38-1-02, 38-1-03 and 38-1-  :
05 WITHIN THE THIRTY-EIGHTH      :
JUDICIAL DISTRICT OF THE         :
COMMONWEALTH OF              :
PENNSYLVANIA                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of February 2017, upon consideration of the Petition to Relocate Magisterial District Courts 38-1-03 and 38-1-05 and Consolidate Magisterial Districts 38-1-02, 38-1-03 and 38-1-05 of the Thirty-eighth Judicial District (Montgomery County) of the Commonwealth of Pennsylvania into one facility located at 117 Old York Road, Jenkintown, PA it is hereby ORDERED that the Petition is GRANTED, effective November 1, 2016.